IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Timothy Tyrone Garvin, #306717,            )
                                            )        C.A. No. 2:08-2937-HMH-RSC
                    Plaintiff,              )
                                            )
        vs.                                 )        **OPINION & ORDER**
                                            )
Investigator Viktoria Bargmann;            )
Lt. Billy Floury; Aiken County;            )
Sheriff Michael E. Hunt; Marrita Scurry;   )
Lt. Steven Hutto; and Any and All          )
Insurance Companies,                        )
                                            )
                    Defendants.             )


        This matter is before the court for review of the Report and Recommendation of United

States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1) and

Local Civil Rule 73.02 for the District of South Carolina.

        The magistrate judge makes only a recommendation to this court. The recommenda-

tion has no presumptive weight. The responsibility to make a final determination remains with

this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with

making a de novo determination of those portions of the Report and Recommendation to

which specific objection is made, and the court may accept, reject, or modify, in whole or in

part, the recommendation of the magistrate judge or recommit the matter with instructions.

See 28 U.S.C. § 636(b)(1) (2006).

        The Plaintiff filed no objections to the Report and Recommendation. In the absence of

objections to the magistrate judge's Report and Recommendation, this court is not required to

1

give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Carr's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that the amended complaint is partially dismissed without prejudice and without issuance and service of process as to Defendant "Any and All Insurance Companies." It is further

**ORDERED** that the Plaintiff's "Motion to Dismiss Any and All Insurance Companies," docket entry 66, is denied as moot.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
March 18, 2009

**NOTICE OF RIGHT TO APPEAL**

The Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.